UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SERAFINA LICCARDI, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | |
| IAN SHORR; PARAMOUNT | § | Case No. 3:22-cv-02423-K-BT |
| PICTURES/VIACOM; JEFF BEZOS; | § | |
| AMAZON PRIME VIDEO; and | § | |
| AMAZON.COM WORLDWIDE | § | |
| DISTRIBUTION, | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated April 29, 2024. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore ORDERED, ADJUDGED, and DECREED that Plaintiff Serafina Liccardi's motions for relief from the Court's final judgment (ECF Nos. 54, 55, and 56) are **DENIED**.

It is further ORDERED, ADJUDGED, and DECREED that Plaintiff must pay a monetary sanction of $100 to the Clerk's office for her repeated vexatious filings.

Finally, the Clerk is DIRECTED to docket any further filings in this case for administrative purposes only and terminate the filing upon docketing.

**SO ORDERED.**

SIGNED May 20th, 2024.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE